**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0821-22

DARON REALTY, LLC,

     Plaintiff-Respondent,

v.

ZEE CO. APPAREL CORP.,

     Defendant-Appellant,

and

ZEE CO. APPAREL CORP. and
MICHAEL ROSENBERG,

     Third-Party Plaintiffs-
     Appellants,

v.

DARON REALTY, LLC and
ARON ROSENBERG,

     Third-Party Defendants-
     Respondents.

_____

Argued May 15, 2024 – Decided December 26, 2024

Before Judges Gummer and Walcott-Henderson.

On appeal from the Superior Court of New Jersey, Law Division, Union County, Docket No. L-1201-19.

Evan M. Newman argued the cause for appellants (Jacobowitz Newman Tversky LLP, attorneys; Abraham S. Beinhorn and Evan M. Newman, on the briefs).

Gary S. Redish argued the cause for respondents (Winne, Banta, Basralian & Kahn, PC, attorneys; Gary S. Redish, of counsel and on the brief; Bogdan A. Kachur, on the brief).

The opinion of the court was delivered by

GUMMER, J.A.D.

We have been advised that this matter has been amicably resolved and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-0821-22